No. 85-1505. TURNBULL CONE BAKING COMPANY OF TENNESSEE v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 85-1538. KATZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85-1541. BATTAGLIA ET AL. v. BERGER ET AL. C. A. 4th Cir. Certiorari denied.

No. 85-1555. ROSE v. TOWN OF HARWICH. C. A. 1st Cir. Certiorari denied.

No. 85-1642. CUNNINGHAM v. SAFEWAY TRAILS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 85-1661. COONEY v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85-1662. WALKER v. TIME LIFE FILMS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 85-1669. FINDLAY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 85-1670. CAMPBELL, TRUSTEE v. WELLS FARGO BANK, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 85-1671. AQUAMARINE OPERATORS, INC. v. DOWNER. Sup. Ct. Tex. Certiorari denied.

No. 85-1677. JOHNSON v. ALABAMA AGRICULTURAL AND MECHANICAL UNIVERSITY ET AL. Sup. Ct. Ala. Certiorari denied.

No. 85-1679. DALEY v. FRANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 85-1680. E. B. v. BURLINGTON COUNTY WELFARE AGENCY. Super. Ct. N. J., App. Div. Certiorari denied.